UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62499-CIV-DIMITROULEAS

GERALD R. MOORE,

Magistrate Judge Snow

    Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal With Prejudice, filed herein on August 11, 2011 [DE 14]. The Court has carefully considered the Joint Stipulation, notes the signature of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice [DE 14] is hereby **APPROVED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Clerk shall deny any pending motions as moot.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of August, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record